# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 17-1259V
Filed: July 30, 2018
UNPUBLISHED

| | |
|---|---|
| MICHAEL O'CONNOR,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                Respondent. | Special Processing Unit (SPU);<br>Damages Decision Based on Proffer;<br>Influenza (Flu) Vaccine; Shoulder<br>Injury Related to Vaccine<br>Administration (SIRVA) |

*Jason Barton Eshelman,* Eshelman Legal Group, Cuyahoga Falls, OH, for petitioner.
*Ann Donohue Martin,* U.S. Department of Justice, Washington, DC, for respondent.

## DECISION AWARDING DAMAGES[1]

**Dorsey**, Chief Special Master:

On September 15, 2017, petitioner filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*,[2] (the "Vaccine Act"). Petitioner alleges that that he suffered left shoulder injuries due to an influenza vaccination received on September 17, 2015. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On June 12, 2018, a ruling on entitlement was issued, finding petitioner entitled to compensation for his shoulder injuries. On July 30, 2018, respondent filed a proffer on award of compensation ("Proffer") indicating petitioner should be awarded $173,083.48 (including $172,500.00 for pain and suffering plus $583.48 for past unreimbursable medical expenses). Proffer at 1. In the Proffer, respondent represented that petitioner agrees with the proffered award. Based on the record as a

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

whole, the undersigned finds that petitioner is entitled to an award as stated in the Proffer.

      Pursuant to the terms stated in the attached Proffer, **the undersigned awards petitioner a lump sum payment of $<u>173,083.48</u>** (representing $172,500.00 for pain and suffering plus $583.48 for past unreimbursable medical expenses) **in the form of a check payable to petitioner, <u>Michael O'Connor</u>.**  This amount represents compensation for all damages that would be available under § 300aa-15(a).

      The clerk of the court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

                                    **<u>s/Nora Beth Dorsey</u>**
                                    Nora Beth Dorsey
                                    Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| MICHAEL O'CONNOR, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> SECRETARY OF HEALTH AND ) <br> HUMAN SERVICES, ) <br> ) <br> Respondent. ) | No. 17-1259V <br> Chief Special Master Dorsey <br> ECF |

**RESPONDENT'S PROFFER OF DAMAGES**

**I.   Items of Compensation**

For purposes of this proffer, the term "vaccine-related" is as described in Respondent's Rule 4(c) Report, filed on June 11, 2018, conceding entitlement in this case. Based upon the evidence of record, respondent proffers that petitioner should be awarded $173,083.48, including $172,500.00 for pain and suffering, plus $583.48 for past unreimbursable medical expenses.[1] The total sum of $173,083.48 represents all elements of compensation to which petitioner would be entitled under 42 U.S.C. § 300aa-15(a) for his vaccine-related injury. Petitioner agrees.

**II.   Form of the Award**

Respondent recommends that the compensation should be made through a lump sum payment of $173,083.48 in the form of a check payable to petitioner. Petitioner agrees.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

---

[1]  Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court for appropriate relief. In particular, respondent would oppose any award for future pain and suffering.

        C. SALVATORE D'ALESSIO
        Acting Director
        Torts Branch, Civil Division

        CATHARINE E. REEVES
        Deputy Director
        Torts Branch, Civil Division

        HEATHER L. PEARLMAN
        Assistant Director
        Torts Branch, Civil Division

        s/ Ann D. Martin
        ANN D. MARTIN
        Senior Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 146
        Benjamin Franklin Station
        Washington, D.C.  20044-0146
        Ann.Martin@usdoj.gov; (202) 307-1815

DATED:  July 30, 2018